**UNITED STATES of America,**

v.

**Cassandra LASTER, Defendant–Appellant.**

**No. 09–11261**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 16, 2009.

———

Anne R. Schultz, Miami, FL, for Plaintiff–Appellee.

Cassandra Laster, Lantana, FL, pro se.

Before TJOFLAT, EDMONDSON and FAY, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed counsel for Cassandra Laster in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Laster's convictions and sentences are **AFFIRMED.**